In the Matter of the Claim of ELIZABETH SCHNEIDER, Respondent, against DANNENHOFFER GLASS WORKS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, on the ground that

there is no evidence corroborating the declarations of the deceased employee as to the accidental injury. (Workmen's Compensation Law, § 118.) Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.